# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA DAVIS, and FARAH FARIAS,**

    **Plaintiffs,**

**v.**                                                      **Case No:   6:14-cv-1743-Orl-22DAB**

**THE HEALTH INSURANCE STORE, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiffs' Notice of Settlement and on the Report and Recommendation entered by the Magistrate Judge after conducting a Status Conference on February 18, 2016.

The United States Magistrate Judge has submitted a report recommending that the Plaintiffs' FLSA overtime claims (Count I) be dismissed with prejudice and that the Court decline to reserve jurisdiction over fees and costs.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 18, 2016 (Doc. No. 56), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED WITH PREJUDICE.

3. The Court declines to reserve jurisdiction over fees and costs.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record